National Aeronautics and
Space Administration

**Office of Inspector General**
Washington, DC 20546-0001



EXHIBIT A

Bank of America Subpoena Processing #5474
Mail Code CA9-705-05-19
P.O. Box 3609
Los Angeles, CA 90051

To Custodian of Records:

Pursuant to Title 5 United States Code, Appendix 1, Section 6(a)(4), the enclosed subpoena *duces tecum* has been issued. The materials identified should be produced by the date and time indicated on the subpoena at the:

> NASA Office of Inspector General
> Goddard Space Flight Center
> Building 1, Room 208
> Greenbelt, MD 20771

Your personal appearance is required at the time indicated on the subpoena in order to testify as to the completeness, accuracy, and authenticity of the documents produced. Failure to appear at the time and place set forth and as specified in the subpoena will be taken as a failure to comply with the subpoena. In lieu of your personal appearance, you may provide a signed written statement and return of service by mail to the NASA OIG at the above address. If you choose the latter, please make arrangements through Special Agent Anthony J. Pavlik, or designee of this office, at (301) 286-9316.

Please note that the enclosed subpoena is for original documents and does not allow for the substitution of copies except as specifically authorized by Special Agent Anthony J. Pavlik or his designee.

Materials required by the subpoena should be accompanied by an index identifying each document or other materials and the item or items of the subpoena to which it relates. We also request that the enclosed Certificate of Compliance be completed and forwarded with the subpoenaed materials. If for any reason any of the required materials are not furnished, list and indicate the location of such materials and the reason for non-production. In addition, if any document called for is withheld because of a claim of attorney-client privilege, identify: (a) the attorney and client involved; (b) all persons or entities who were involved in the preparation of the document; (c) all persons or entities who received the document; (d) all persons or entities known to have been furnished the document or

informed of its substance; (e) the date of the document; and, (f) the subject matter of the document.

This investigation is private and we request such privacy be maintained. Enclosed herewith is a notice pursuant to the Privacy Act of 1974.

You should bear in mind, you have the right to consult with and be represented by an attorney in connection with this matter. If you have any questions concerning the subpoena or the materials required to be produced, please call Special Agent Anthony J. Pavlik at (301) 286-1812 or the undersigned at (301) 286-7776.

Sincerely,

Samuel J. Simpkins
Resident Agent-in-Charge
Goddard Space Flight Center

Enclosures

# United States of America

National Aeronautics and Space Administration

Office of Inspector General

To  Custodian of Records Bank of America

7680 Girard Avenue

La Jolla, CA 92037

} **SUBPOENA**

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE  Special Agent Anthony J. Pavlik

an official of the Office of Inspector General at  Goddard Space Flight Center

in the City of  Greenbelt  and State of  Maryland

on the  21st  day of  APRIL (Month), 2006 (Year) at 10:00 o'clock a.m. of that day.

And you are hereby required to bring with you and produce at said time and place the following information, documents, reports, answers, records, accounts, papers, and other data and documentary evidence:

See Attachment

which are necessary in the performance of the responsibility of the Inspector General under Public Law 95-452, to conduct and supervise audits and investigations and to promote economy, efficiency, and effectiveness in the administration of, and to prevent and detect fraud and abuse in and relating to the programs and operations of the National Aeronautics and Space Administration.

IN TESTIMONY WHEREOF, the seal of the OFFICE OF INSPECTOR GENERAL, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, is affixed hereto, and I have hereunto set my hand at Washington, DC, this 17TH day of March, 2006.

Thomas J. Howard
Inspector General

NHQ DIV FORM 641 SEP 97 PREVIOUS EDITION IS OBSOLETE

ATTACHMENT

The following documents are requested for the period January 1, 2000 to January 31, 2006 for Alliance for Competitive Technology, 141 Grafton Street, Chevy Chase, MD 20815, Account Number 01706-20411, Routing Number 121000661:

1. All monthly account statements.

2. All checks drawn on the account.

3. All deposit slips with supporting deposit.

4. Account application and authorized users.

5. All incoming and outgoing wire transfers and cashier checks.

## NOTICE PURSUANT TO THE PRIVACY ACT OF 1974

This notice is provided pursuant to the Privacy Act of 1974, 5 U.S.C. 522a. You are hereby informed of the following:

1. <u>Authority for Solicitation of the Information</u>. The authority for requiring production of the information is set forth in the Inspector General Act of 1978, Public Law 95-452. Disclosure of information is mandatory subject to the valid assertion of a legal right or privilege.

2. <u>Principal Uses of the Information</u>. The Inspector General's principal purpose in soliciting the information is to promote economy, efficiency, and effectiveness in the administration of the programs and operations of NASA and to prevent and detect fraud and abuse in such programs and operations.

3. <u>Effect of Noncompliance</u>. Failure to comply with the subpoena may result in the Inspector General's requesting a court order for compliance. If such an order is obtained and you thereafter fail to supply the information, you may be subject to civil and/or criminal sanctions for contempt of court.

4. <u>Routine Uses of the Information</u>. Information you give may be used and disseminated in the routine operation of NASA, including criminal, civil, and administrative proceedings. Routine uses include, but are not limited to, the categories listed below.

    (a) In any case in which there is an indication of a violation or potential violation of law, whether civil, criminal, or regulatory in nature, the record in question may be dissemination to the appropriate Federal, state, local, or foreign agency charged with the responsibility for investigating, auditing, or prosecuting such violation or charged with enforcing or implementing such law, including but not limited to: the Department of Justice; the Defense Contract Audit Agency, which performs contractor audits on behalf of the NASA Office of Inspector General on a reimbursable basis; and NASA procurement personnel responsible for determining whether debarment or suspension proceedings should be initiated.

    (b) In the course of investigating the potential or actual violation of any law, whether civil, criminal, or regulatory in nature, or during the course of a trial or hearing or the preparation for a trial or hearing for such violation, a record may be disseminated to a Federal, state, local, or foreign agency, or to an individual or organization, if there is reason to believe that such agency, individual, or organization possesses information relating to the investigation, trial, or hearing and the dissemination is reasonably necessary to elicit such information or to obtain the cooperation of a witness or an informant.

(c) A record relating to a case of matter may be disseminated in an appropriate Federal, state, local, or foreign court or grand jury proceeding in accordance with established constitution, substantive, or procedural law or practice.

(d) A record relating to a case or matter may be disseminated to an actual or potential party of his attorney for the purpose of negotiation or discussion on such matters as: settlement of the case or matter, plea bargaining, or informal discovery proceedings.

(e) A record relating to a case or matter that has been referred by an agency for investigation, prosecution, or enforcement, or that involves a case or matter within the jurisdiction of an agency, may be disseminated to such agency to notify the agency of the status of the case or matter or of any decision or determination that has been made, or to make such other inquires and reports as are necessary during the processing of the case or matter.

(f) A record relating to a case or matter may be disseminated to a foreign country pursuant to an international treaty or convention entered into and ratified by the United States or to an executive agreement.

(g) A record may be disseminated to a Federal, state, local, foreign, or international law enforcement agency to assist in the general crime prevention and detection efforts of the recipient agency or to provide investigative leads to such agency.

(h) A record may be disseminated to a Federal agency, in response to its request, in connection with the hiring or retention of an employee, issuance of a security clearance, reporting an investigation of an employee, letting a contract, or issuance of a license, grant, or other benefit by the requesting agency, to the extent that the information relates to the requesting agency's decision on the matter.

(i) A record may be disseminated to the public, news media, trade associations, or organized groups, when the purpose of the dissemination is educational or informational, such as descriptions of crime trends or distinctive or unique *modus operandi*, provided that the record does not contain any information identifiable to a specific individual other than such *modus operandi*.

5. Freedom of Information Act. The Freedom of Information Act, 5 U.S.C. 552, and NASA's regulations at 14 C.F.R 1206, pursuant thereto, generally provide for access by members of the public to governmental records, unless the requested records fall within specified exemptions.

# CERTIFICATE OF COMPLIANCE

I hereby certify that the materials and documents produced in response to the subpoena issued by the Inspector General of NASA dated _____, and delivered (or mailed via registered mail) to Special Agent Anthony J. Pavlik of the Office of the Inspector General, Goddard Space Flight Center, are genuine, complete and in full compliance with the demand made in the subpoena for the materials specified therein.

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature)

_____
(Name – type or print)

_____
(Title, if applicable)

_____
(Date Executed)

_____
(City and State)

WITNESS:

_____
(Signature)

_____
(Name and Title)

_____
(Date)

# CERTIFICATE OF SERVICE

I, Anthony J. Pavlik, Special Agent for the Office of Inspector General, National Aeronautics and Space Administration, certify that I have this _20_ day of _MARCH_, in the year _2006_, served a subpoena (check whichever applies): _X_ in person, ____ by first-class mail, ____ facsimile, ____ other (please print method of service)

_____ upon:

Custodian of Records           Tiffany Grant Ward
Bank of America                Personal Banker
La Jolla Main                  8827 Greenbelt Road
7680 Girard Avenue             Greenbelt MD 20770
La Jolla, CA 92037

_____
Name (print)

20 MAR 06
(Signature/Date)

3-20-06  Ms Ward advised she would forward subpoena per address on letter via BofA internal mail.