LAW OFFICE
**JOHN C. KIYONAGA**
526 KING STREET, SUITE 213
ALEXANDRIA, VIRGINIA 22314

ALSO ADMITTED DC AND NY BARS

(703) 739-0009
FAX (703) 549-2988

EXHIBIT
D

April 14, 2006

Elizabeth A. Stanford
AVP, Operations Mgr.
Bank of America
Subpoena Processing #5473
Mail Code: CA9-705-05-19
P.O. Box 3609
Los Angeles, CA 90051

BY FAX AND MAIL

Re: Federal Subpoena/Alliance for Competitive Technology
Bank of America File: 1356-23MAR06

Dear Ms. Stanford:

Enclosed, please find a copy with date stamp of the Motion to Quash the above-referenced subpoena which motion was filed yesterday in the United States District Court for Washington, D.C.

Under the relevant statutory and judicial authorities, Bank of America is no longer obliged to comply with the subpoena.

Please be advised that Bank of America's election to comply would be regarded by your depositor, the Alliance for Competitive Technology, as an actionable breach of the bank's duty of confidence to its depositor.

Thank you.

Sincerely,

John C. Kiyonaga

Cc: Elizabeth Richardson, Esq., NASA Office of Inspector General
Ryan Fayhee, Esq., Department of Justice

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART D. NOZETTE, Ph.D. )<br>)<br>And )<br>)<br>ALLIANCE FOR COMPETITIVE )<br>TECHNOLOGY, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL AERONAUTICS AND )<br>SPACE ADMINISTRATION/ )<br>OFFICE OF INSPECTOR GENERAL, )<br>)<br>Defendant. )<br>)<br>_____ ) | Misc. Action No. _____ |

### PLAINTIFFS' MOTION TO QUASH ADMINISTRATIVE SUBPOENA *DUCES TECUM* AND FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 81(a)(3), Plaintiffs Stewart D. Nozette, Ph.D. and Alliance for Competitive Technology, Inc., through undersigned counsel, hereby move for an Order quashing an administrative subpoena *duces tecum* that was issued by the National Aeronautics and Space Administration/Office of Inspector General ("NASA-OIG") and served on the Bank of America on or about March 27, 2006 and for the entry of a protective order.

I. FACTUAL BACKGROUND

A. NASA and ACT

Dr. Nozette, is a geophysicist and a director of the Alliance for Competitive Technology ("ACT"), a corporation incorporated in California and based in Maryland that has been accorded tax exempt status under § 501(c)(3) of the Internal Revenue Code. ACT's mission is to promote