**Bank of America**

EXHIBIT E

Subpoena Processing #5473
Mail Code: CA9-705-05-19
P. O. Box 3609
Los Angeles, CA 90051

April 19, 2006

Special Agent Anthony J. Pavlik
NASA Office of Inspector General
Goddard Space Flight Center
Building 1, Room 208
Greenbelt, MD 20771

Re:  Case Name: Alliance for Competitive Technology
     Bank of America File: 1356-23MAR06

Dear Mr. Pavlik:

Bank of America has received a copy of a Notice of Motion to Quash pertaining to the case referenced above. Please be advised that we have discontinued production of the documents requested in your subpoena pending our receipt of court ordered instruction signed by the judge presiding over the Motion to Quash hearing and/or further instruction signed by you *and* the opposing party.

Any questions or concerns you may have regarding this Motion should be addressed with John C. Kiyonaga, Esq.

Thank you for your attention to this matter.

Sincerely,

Elizabeth A. Stanford
AVP, Operations Team Manager
CA Subpoena Processing
213-240-6636

cc:  John C. Kiyonaga, Esq.
     Law Offices of John C. Kiyonaga
     526 King Street, Suite 213
     Alexandria, VA 22314

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the United States' Opposition to ACT and Dr. Nozette's Motion to Quash was served by mail this 3nd day of May 2006 on:

Paul Kiyonaga, Esq.
Kiyonaga & Soltis, P.C.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006

John Kiyonaga, Esq.
526 King Street
Suite 213
Alexandria, VA 22314

RYAN FAYHEE
Commercial Litigation Branch
United States Department of Justice