UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART D. NOZETTE, Ph.D.<br><br>and<br><br>ALLIANCE FOR COMPETITIVE TECHNOLOGY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION/ OFFICE OF INSPECTOR GENERAL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No, : 06-MC-00171-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' CONSENT MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1 (d), Plaintiffs Stewart D. Nozette, Ph.D. and Alliance for Competitive Technology, Inc., through undersigned counsel, hereby request an extension of time, through May 15, 2006, within which to file a reply memorandum in response to NASA's Opposition to Petitioner's Motion to Quash Administrative Subpoena *Duces Tecum* and for Protective Order. In support of this Motion, Plaintiffs state as follows:

### MEMORANDUM OF POINTS AND AUTHORITIES

On April 13, 2006, Plaintiffs filed a Motion to Quash Administrative Subpoena *Duces Tecum* and for Protective Order. NASA filed its opposition to this motion on May 3, 2006. Pursuant to Fed. R. Civ. P. 6(a) and LCvR 7.1 (d), Plaintiffs' reply memorandum is due tomorrow, May 10, 2006.

There exists good cause for the requested extension of time: due to the press of business, including preparation a complex sentencing memorandum for filing yesterday, undersigned counsel has not been in a position to prepare a reply memorandum. Moreover, John Kiyonaga, Esq., of counsel to Plaintiffs in this matter, was recently appointed to serve as counsel in two death penalty-eligible matters in the Eastern District of Virginia and has been extensively engaged this past week in the preparing and managing various aspects of those cases.

There has not been any previous request for an extension of the briefing schedule in this matter. The requested three-business day extension will not affect any other court deadlines or dates.

Ryan P. Fayhee, Esq., one of the counsel for the United States in this matter, has consented to this Motion.

**WHEREFORE**, Plaintiffs Stewart D. Nozette, Ph.D. and Alliance for Competitive Technology, Inc. respectfully request that the Court grant this Motion and extend through May 15, 2006 the time for the filing of Plaintiffs' reply memorandum.. A proposed Order is attached.

- 3 -

                                                Respectfully submitted,

                                                KIYONAGA & SOLTIS, P.C.

                                                /s/  Paul Y. Kiyonaga
                                                _____
                                                Paul Y. Kiyonaga
                                                D.C. Bar No. 428-624
                                                910 Seventeenth St., N.W.
                                                Suite 800
                                                Washington, D.C. 20006
                                                Tel. No. (202) 363-2776
                                                Fax No. (202) 363-2749

John C. Kiyonaga
D.C. Bar No. 424858
526 King Street
Alexandria, VA 22314
Te. No. (703) 739-0009
Fax No. (703) 549-2988
*Of Counsel to Plaintiffs*


May 9, 2006