**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STEWART D. NOZETTE, Ph.D.** ) | |
| ) | |
| and ) | |
| ) | |
| **ALLIANCE FOR COMPETITIVE** ) | |
| **TECHNOLOGY, INC.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No, : 06-MC-00171-JR |
| ) | |
| **NATIONAL AERONAUTICS AND** ) | |
| **SPACE ADMINISTRATION/** ) | |
| **OFFICE OF INSPECTOR GENERAL,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

### ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

AND NOW on this ____ day of _____, 2006, upon consideration of Plaintiffs' Consent Motion for Extension of Time to File Reply Memorandum, and the lack of any opposition thereto, it is hereby

ORDERED and DECREED that the Motion is GRANTED; and

ORDERED and DECREED that Plaintiffs shall have until May 15, 2006 within which to file a reply memorandum in response to NASA's Opposition to Petitioner's Motion to Quash Administrative Subpoena *Duces Tecum* and for Protective Order.

_____
Judge James Robertson
United States District Court for the District of Columbia

Copies to:

Paul Y. Kiyonaga, Esq.
Kiyonaga & Soltis, P.C.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006

John Kiyonaga, Esq.
526 King Street
Suite 213
Alexandria, VA 22314

Office of Inspector General
National Aeronautics and Space Administration
300 E Street, S.W.
Washington, D.C. 20546

Ryan P. Fayhee, Esq.
U.S. Dept. of Justice
Civil Division
601 D Street, N.W.
Room 9607
Washington, D.C. 20004