```
> To: snozette@hq.nasa.gov; mccolough.wendy@dol.gov
> Subject: Re: Tom Jasin
>
> Who is Robert Walker - does he have a sense of
outrage/compliance/responsibility for one's actions/national security??
>
> Lynne
> --------------------------
> Lynne Brickner
> Northrop Grumman Corporation
> Cell Phone: (310) 339-2289
>
> -----Original Message-----
> From: snozette@hq.nasa.gov <snozette@hq.nasa.gov>
> To: Wendy - EBSA McColough <McColough.Wendy@dol.gov>
> CC: Brickner, Lynne M.O. (Law) <lynne.brickner@ngc.com>
> Sent: Wed Feb 09 09:38:29 2005
> Subject: Fw: Tom Jasin
>
>
>    _____
>
>    ----- Original Message -----
>    From: Stewart Nozette
>    Sent: 02/09/2005 10:03 AM
>    To: "Robert S. Walker" <walker@wexlerwalker.com>
>    Subject: Re: Tom Jasin
>
> Thanks,
>
>
>    _____
>
>    ----- Original Message -----
>    From: "Robert S. Walker" [walker@wexlerwalker.com]
>    Sent: 02/09/2005 10:02 AM
>    To: <snozette@hq.nasa.gov>
>    Subject: Re: Tom Jasin
>
> No concerns.  I'm pretty sure it's the same person.
>
> --------------------------
> Sent from my BlackBerry Wireless Handheld.
>
> -----Original Message-----
> From: snozette@hq.nasa.gov <snozette@hq.nasa.gov>
> To: Robert S. Walker <walker@wexlerwalker.com>
> Sent: Wed Feb 09 09:58:58 2005
> Subject: Re: Tom Jasin
>
> Just checking if its the same person, there are concerns?
>
>    _____
>
>    ----- Original Message -----
>    From: "Robert S. Walker" [walker@wexlerwalker.com]
>    Sent: 02/09/2005 08:20 AM
```

2

```
>   To: <snozette@hq.nasa.gov>
>   Subject: Re: Tom Jasin
>
> I've known Tom for many years, not a. Close friend, but someone who has
stayed in touch with me.  He went thru a very tough ordeal, but is a class
guy in my opinion.  Is there a particular question?
>
> --------------------------
> Sent from my BlackBerry Wireless Handheld.
>
> -----Original Message-----
> From: snozette@hq.nasa.gov <snozette@hq.nasa.gov>
> To: Robert S. Walker <walker@wexlerwalker.com>
> Sent: Tue Feb 08 19:23:04 2005
> Subject: Fw: Tom Jasin
>
> Fyi, this has a Lancaster PA aspect.  Any insight?  The person in the NASA
> HQ directory is
> Thomas P Jasin, identical to the court documents.
>
>     From: Stewart Nozette
>     Sent: 02/07/2005 11:40 PM
>     To: "Tom (HQ-CC000) Cremins" <Tom.Cremins-1@nasa.gov>
>     Cc: "Lynn (HQ-CA000) Cline" <lynn.cline@nasa.gov>
>     Subject: Fw: Tom Jasin
>
> An interesting history, is this our Tom jasin.  We should check
>
> All,
>
> Effective immediately, Tom Jasin will be the new Director of the
> Lunar Program within the Solar System Division, SMD.  Tom replaces
> Rich Vondrak, whose temporary detail is coming to an end this week.
>
> Rich has done an admirable job in taking on the task of directing the
> program from its beginning through the competitive LRO instrument
> selection process.  I am sure all of you join me in thanking him and
> wishing him well as he returns to GSFC to take on his new
> responsibilities there.
>
> Likewise, I would like to welcome Tom as the new Lunar Program
> Director.  Tom brings with him a wealth of experience, covering the
> spectrum of military, space, and aeronautics.
>
> Please remember to include Tom in all communications in which Rich
> was involved.
>
> Andy
> --
> Andrew A. Dantzler
> Acting Director
> Deputy Director
> Solar System Division
> Science Mission Directorate
```

3

```
> NASA Headquarters
> 202-358-1588
>
>       From: Stewart Nozette
>       Sent: 02/07/2005 11:28 PM
>       To: "Varljen John Maj SAF/AAZR" <John.Varljen@pentagon.af.mil>
>       Cc: "Pete Rustan" <Rustanpe@aol.com>
>       Subject: Tom Jasin
>
> John
>
> The guy that called appears to be referenced by the following.  Could you
> check it out.
>
> http://vls.law.villanova.edu/locator/3d/Feb2002/004185.txt
>
> http://www.paed.uscourts.gov/documents/opinions/01D0093P.pdf
>
> http://vls.law.villanova.edu/locator/3d/Feb2002/004185.txt
>
> http://www.sidley.com/db30/cgi-bin/pubs/2003%20Pro%20Bono-%20NwsTmplte%
20w-color.pdf
>
> http://www.paed.uscourts.gov/documents/opinions/02D0603P.pdf
```

4