## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEWART D. NOZETTE, Ph.D.** )<br>)<br>and )<br>)<br>**ALLIANCE FOR COMPETITIVE** )<br>**TECHNOLOGY, INC.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**NATIONAL AERONAUTICS AND** )<br>**SPACE ADMINISTRATION/** )<br>**OFFICE OF INSPECTOR GENERAL,** )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No, : 06-MC-00171-JR |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERYAND/OR, IN THE ALTERNATIVE, FOR A LIMITED EVIDENTIARY HEARING

AND NOW on this ____ day of _____, 2006, upon consideration of Plaintiffs' Motion for Leave to Conduct Discovery and/or, in the Alternative, for a Limited Evidentiary Hearing, and any opposition thereto, it is hereby

**ORDERED** and **DECREED** that the Motion is **GRANTED**; and

**ORDERED** and **DECREED** Plaintiffs shall be allowed to conduct limited discovery, within thirty (45) days of the date of this Order, to wit four (4) depositions and the submission of one set of Interrogatories and one request for production of documents, and it is further

**ORDERED** that the Court shall hold a limited evidentiary hearing on the ____ day of _____, 2006 to address issues relating the bases and motivations for the investigation and administrative subpoena *duces tecum* at issue in this matter.

_____
Judge James Robertson
United States District Court for the District of Columbia

Copies to:

Paul Y. Kiyonaga, Esq.
Kiyonaga & Soltis, P.C.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006

John Kiyonaga, Esq.
526 King Street
Suite 213
Alexandria, VA 22314

Office of Inspector General
National Aeronautics and Space Administration
300 E Street, S.W.
Washington, D.C. 20546

Ryan P.. Fayhee, Esq.
U.S. Dept. of Justice
Civil Division
601 D Street, N.W.
Room 9607
Washington, D.C. 20004